# United States District Court
## Violation Notice

CVB Location Code: **MY-10**

**Violation Number:** 5028256
**Officer Name (Print):** J Chamberlain
**Officer No.:** C0495

5028256

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 03/19/2016  7:35 P.M
**Offense Charged:** ☐ CFR  ☐ USC  ☒ State Code — MTA 21-202 (m)

**Place of Offense:** Intersection of Starkey & F. St  JB Andrews MD 20762

HAZMAT ☐

**Offense Description; Factual Basis for Charge:**
MTA 21-202 (m) "Driver fail to make required stop at stop sign"

### DEFENDANT INFORMATION

**Last Name:** Jones
**First Name:** Timothy
**M.I.:** M.

**Tag No.:** 0917MA
**State:** MD
**Year:** 2004
**Make/Model:** BMW X5
**PASS ☐**
**Color:** White

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 90.00  Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →**  $ 115.00  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 01/2011)  Original / CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **March 19, 2016** while exercising my duties as a law enforcement officer in the **Joint Base Andrews** District of **Prince George's County, Maryland,**

I, A1C Chamberlain, James, witnessed a white in color BMW X5 fail to stop at the stop sign located at the intersection of Starkey Ave. and F St. The driver of the vehicle, JONES, TIMOTHY, entered and proceeded through the intersection while making a right turn onto F. St. without stopping. The driver was calm and cooperative. He was coming from the commissary when he failed to stop, and when asked about it, he said he didn't realize that he didn't stop. I was located in a parking lot adjacent Inc adjacent to the intersection of Brookley Ave. and F. St. when I witnessed the infraction.

Witness: SrA Kampe

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **03/19/2016**   Officer's Signature: [signature]
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license;  CMV = Commercial vehicle involved in incident